FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

FEB 0 8 2013

D. MARK JONES, CLERK
BY_____
DEPUTY CLERK

Sally B. McMinimee (5316) sbm@princeyeates.com
Jennifer R. Korb (9147) jrk@princeyeates.com
Jared N. Parrish (11743) jnp@princeyeates.com
**PRINCE, YEATES & GELDZAHLER**
15 West South Temple, Suite 1700
Salt Lake City, Utah 84101
Telephone: (801) 524-1000
Fax: (801) 524-1098

Attorneys for Receiver Robert G. Wing

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| ROBERT G. WING, as Receiver for VESCOR CAPITAL CORP., et al.,<br><br>Plaintiff,<br><br>v.<br><br>ADVANCED PLANNING ADVISORY GROUP, LLC, a Nevada limited liability company,<br><br>Defendants. | ORDER GRANTING RECEIVER'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT ADVANCED PLANNING ADVISORY GROUP, LLC<br>AND<br>DEFAULT JUDGMENT AGAINST DEFENDANT ADVANCED PLANNING ADVISORY GROUP, LLC<br><br>Civil No. 2:09-cv-247<br><br>Judge Dee Benson |

Having duly considered the Receiver's Motion for Default Judgment against Defendant Advanced Planning Advisory Group, LLC, the Clerk's entry of a default certificate against Defendant, and for good cause appearing,

IT IS HEREBY ORDERED that the Receiver's Motion for Entry of Default Judgment against Defendant Advanced Planning Advisory Group, LLC is GRANTED; and

DEFAULT JUDGMENT IS HEREBY ENTERED against Defendant Advanced Planning Advisory Group, LLC and in favor of Robert G. Wing, Receiver in the total amount of $395,435.81.

This amount shall bear interest at the statutory post-judgment rate pursuant to 28 U.S.C. §§ 1961(a) and 1961(b). This judgment shall be augmented to include reasonable post-judgment attorney's fees and costs incurred by plaintiff in collecting the judgment, as established by affidavit of counsel upon notice to the Defendant.

DATED this 8 day of February, 2012.

_____
HONORABLE DEE BENSON
DISTRICT COURT JUDGE